UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. ROJAS, an individual, | Case No.: CV 19-7959-DMG (SKx) |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [31]** |
| v. | |
| CMFG LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff Michael Rojas and Defendant CMFG Life Insurance Company, having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  November 10, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE